

## NUMBER 13-17-00661-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

**TEXAS DEPARTMENT OF PUBLIC SAFETY,**                **Appellant,**

**v.**

**ALFRED SCHUETZE,**                **Appellee.**

### On appeal from the 445th District Court
### of Cameron County, Texas.

## ORDER

### Before Justices Rodriguez, Longoria, and Hinojosa
### Order Per Curiam

Appellee's retained counsel, Ricardo A. Barrera, has filed a motion to withdraw as counsel. We GRANT said motion. Pursuant to Rule 6.5(c) of the Texas Rules of Appellate Procedure, counsel is directed to notify appellee, in writing, of any previously undisclosed deadlines and file a copy of that notice with the Clerk of this Court.

Appellee is directed to notify the Court promptly if he retains new counsel on appeal by filing a notice including that attorney's name, mailing address, email address, telephone number, facsimile number, and State Bar of Texas identification number. *See generally* TEX. R. APP. P. 6. In the interim, the Court expects this appeal to proceed as per the appellate rules. Appellee is expected to comply with all applicable deadlines and filings should comply with the Texas Rules of Appellate Procedure.

It is so ORDERED.

PER CURIAM

Delivered and filed the 21st
day of December, 2017.